HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
DONNIE F. SCHROEDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONNIE F. SCHROEDER<br><br>    Defendant. | Case No. 2:16-cr-00080-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 29, 2017<br>Time: 2:00 P.M.<br>Judge: Hon. Allison Claire |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through, Assistant United States Attorney, Andre M. Espinosa, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Donnie Francis Schroeder that the status conference, currently scheduled for June 29, 2017, be continued to June 30, 2017 at 2:00 p.m.

    The government has recently provided Mr. Schroeder a settlement offer. Defense counsel requires additional time to review and discuss with her client. The parties agree that June 30, 2017 represents the best next date for a status conference.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 30, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 27, 2017
HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant

Dated: June 27, 2017
PHILLIP A. TALBERT
United States Attorney

*/s/ Andre M. Espinosa*
ANDRE M. ESPINOSA
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 30, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the June 29, 2017 status conference shall be continued until June 30, 2017, at 2:00 p.m.**

Dated: June 29, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE