HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, # 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DONNIE FRANCIS SCHROEDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DONNIE FRANCIS SCHROEDER, <br><br> Defendant. | Case No. 2:16-cr-00080-AC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE** <br><br> Date: September 11, 2017 <br> Time: 2:00 p.m. <br> Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Andre M. Espinosa, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Donnie F. Schroeder, that the briefing schedule, be continued one week. The new schedule will be as follows:

| | |
|---|---|
| Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 8/21/17 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/28/17 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 9/5/17 |
| Reply or Statement of No Opposition | 9/11/17 |

| | |
|---|---|
| 1 | Judgment and Sentencing Date: 9/22/17 |

Defense counsel requires additional time to receive and review mitigating information and present to Probation. The parties agree that a continuance provides enough time for defense counsel to review mitigating information and probation's need to consider that evidence and possibly incorporate it into the Presentence Investigation Report. The parties agree September 22, 2017 represents the best next day for the sentencing hearing. Probation Officer Nisha Modica is aware of this stipulation and does not oppose the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 10, 2017

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
DONNIE FRANCIS SCHROEDER

Date: August 10, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Andre M. Espinosa*
ANDRE M. ESPINOSA
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Specifically, the Court orders any informal objections due on August 21, 2017, the final Pre-Sentence Report disclosed on August 28, 2017, any formal objections due on September 5, 2017, any replies due on September 11, 2017, and the sentencing hearing reset for September 22, 2017 at 2:00 p.m. before Magistrate Judge Allison Claire.

IT IS SO ORDERED.

Dated: August 15, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE